**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**TED STONE**     **PETITIONER**

**V.**     **NO. 1:14CV147-DMB-RP**

**CHRISTOPHER B. EPPS**     **RESPONDENT**

## ORDER

This matter was remanded to the district court to determine the timeliness of the petitioner's notice of appeal. The court cannot make such a determination without additional information concerning when the petitioner delivered the notice of appeal to prison officials for mailing. Therefore the parties are directed to submit mail logs, affidavits, and/or additional information relevant to the timeliness determination within thirty (30) days of the date of this order.

**SO ORDERED** this the 24th day of October, 2017.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE